**Order filed, March 21, 2012.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-12-00012-CV

———————

**K & N Builders Sales, Inc., Appellant**

**V.**

**Dennis Baldwin and Rosella Baldwin, Appellee**

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-64811**

## ORDER

The reporter's record in this case was due February 6, 2012. *See* Tex. R. App. P. 35.1. The court issued a past due notice on February 16, 2012. On March 16, 2012, Susan Leediker attempted to file the record which was not signed or searchable and was refused. The corrected record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Susan Leediker, the official court reporter, to file the corrected record in this appeal **within 10 days** of the date of this order.

PER CURIAM